**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

2012 MAY -1  PM 3: 12



| UNITED STATES OF AMERICA, | CASE NO. 12CR0359-AJB |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ALFREDO RAMIREZ-ARMENTA, | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

____    an indictment has been filed in another case against the defendant and
        the Court has granted the motion of the Government for dismissal of
        this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal,
        without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of
        acquittal; or

____    a jury has been waived, and the Court has found the defendant not
        guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Information:

        8:1326(a)and(b) - Deported Alien Found in the United States (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/27/12

_____
Anthony J. Battaglia
U.S. Magistrate Judge